IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH PERRONE,

Petitioner,

v.

Civil Case No. 14-cv-281-DRH
Criminal Case No. 09-cr-30016-DRH

UNITED STATES OF AMERICA,

Respondent.

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for purposes of case management. The Court has reviewed petitioner Joseph Perrone's motion to vacate, set aside, or correct sentence, pursuant to 28 U.S.C. § 2255 (Doc. 1), and the government's response and exhibits (Doc. 9). Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court finds justice requires appointment of counsel to represent petitioner Perrone in his § 2255 petition. The Court **APPOINTS** LaToya M. Berry, 901 West Main Street, Belleville, IL 62220, of the CJA panel to represent petitioner Perrone.

**IT IS SO ORDERED.**
Signed this 6th day of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.06
10:34:43 -05'00'

**Chief Judge**
**United States District Judge**