IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JOSEPH PERRONE,

Petitioner,

v.                                    Civil Case No. 14-cv-281-DRH
                                      Criminal Case No. 09-cr-30016-DRH

UNITED STATES OF AMERICA,

Respondent.

## ORDER

**HERNDON: District Judge:**

This matter is before the Court on petitioner Joseph Perrone's motion to recuse counsel (Doc. 38).

Pursuant to 18 U.S.C. § 3006A(a)(2)(B), the Court previously appointed John R. Clemons to assist Perrone in his § 2255 petition (Doc. 31). On September 21, 2015, petitioner filed a pro se motion for the withdrawal of his court appointed counsel (Doc. 38). The Court still finds that justice requires appointment of counsel to represent petitioner Perrone in his collateral attack. Therefore, the Court **APPOINTS** Chris Threlkeld of Lucco, Brown, Threlkeld & Dawson LLP, 224 St. Louis Street, P.O. Box 539, Edwardsville, IL 62025 (of the

CJA panel) to represent petitioner Perrone.

**IT IS SO ORDERED.**
Signed this 22nd day of September, 2015.

Digitally signed by
David R. Herndon
Date: 2015.09.22
12:50:52 -05'00'

**United States District Court**